# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC. )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE, )<br>U.S. DEPARTMENT OF JUSTICE, and )<br>U.S. DEPARTMENT OF STATE, )<br>)<br>)<br>*Defendants*. )<br>) | Civil No. 1:17-cv-00842 |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff The Protect Democracy Project, Inc. respectfully moves for entry of a preliminary injunction to enjoin Defendants U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of State from unlawfully impeding Plaintiff's access to agency records that must be made available under the Freedom of Information Act ("FOIA"). Plaintiff seeks injunctive relief ordering Defendants to expedite the processing of Plaintiff's pending FOIA requests for records concerning the Administration's legal justification for conducting military strikes against Syria, and ordering Defendants to search for and produce all responsive documents within twenty days of the Court's order, or by such other date as the Court deems appropriate.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction. Plaintiff asks the Court, pursuant to Local Rule 65.1(d), to schedule a hearing on this application for preliminary injunction at the Court's earliest convenience.

Pursuant to Local Rule 7(m), on May 22, 2017 between 2:30 and 3:30 pm, the undersigned counsel called the District of Columbia U.S. Attorney's Office-Civil Division to give notice of the imminent filing of this motion. There being no attorney assigned to the matter, counsel sought to identify the appropriate contact through the main phone number and the civil division, though a recorded message indicated the mailbox was full and could not accept new messages. After multiple attempts, counsel spoke with an individual at the main reception desk for the U.S. Attorney's Office civil division and left a message with this case number, counsel's name and phone number, and provided notice of intent to file this motion.

Respectfully submitted,

*/s/ Allison F. Murphy*
ALLISON F. MURPHY (Bar No. 975494)
    Allison.Murphy@protectdemocracy.org
BEN BERWICK (MA Bar No. 679207)
    Ben.Berwick@protectdemocracy.org
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
Phone: 202-599-0466
Fax: 929-777-8428

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC. ) ) ) *Plaintiff*, ) ) v. ) ) U.S. DEPARTMENT OF DEFENSE, ) U.S. DEPARTMENT OF JUSTICE, and ) U.S. DEPARTMENT OF STATE, ) ) ) *Defendants*. ) ) | Civil No. 1:17-cv-00842 |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for a Preliminary Injunction, Defendants' Response thereto, and the entire record, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that Defendant the U.S. Department of Defense shall expedite the processing of Plaintiff's FOIA request dated April 6, 2017 (Ref: 17-F-0807); and it is further

**ORDERED** that Defendant the U.S. Department of Defense shall produce all records responsive to Plaintiff's FOIA request dated April 6, 2017 (Ref: 17-F-0807) with ___ days of the date of this order; and it is further

**ORDERED** that Defendant the U.S. Department of Justice and its components Office of the Deputy Attorney General and the National Security Division (Tracking No. FOIA/PA #17-145) shall expedite the processing of Plaintiff's FOIA request dated April 6, 2017; and it is further

**ORDERED** that Defendant the U.S. Department of Justice and its components Office of the Attorney General (DOJ-2017-003427 (AG)), Office of the Deputy Attorney General, Office of Legal Counsel (Tracking No. FY17-187), and the National Security Division (Tracking No. FOIA/PA #17-145) shall produce all records responsive to Plaintiff's FOIA request dated April 6, 2017 with ___ days of the date of this order; and it is further

**ORDERED** that Defendant the U.S. Department of State shall expedite the processing of Plaintiff's FOIA request dated April 6, 2017 (Case Control Number F-2017-09282); and it is further

**ORDERED** that Defendant the U.S. Department of State shall produce all records responsive to Plaintiff's FOIA request dated April 6, 2017 (Case Control Number F-2017-09282) with ___ days of the date of this order; and it is further

**SO ORDERED.**


Date: _____                    _____
                                          United States District Judge