**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC. | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Civil No. 1:17-cv-00842 |
| | ) |
| U.S. DEPARTMENT OF DEFENSE,<br>U.S. DEPARTMENT OF JUSTICE,<br>and<br>U.S. DEPARTMENT OF STATE, | )<br>)<br>)<br>)<br>) |
| | ) |
| *Defendants.* | ) |

**DECLARATION OF IAN BASSIN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, IAN BASSIN, hereby declare as follows:

1. I am the Executive Director of The Protect Democracy Project, Inc. ("Protect Democracy").

2. Protect Democracy is incorporated under the laws of the District of Columbia and is headquartered in Washington, DC.

3. Protect Democracy is preparing to submit an application for Section 501(c)(3) status with the Internal Revenue Service.

4. Protect Democracy is a nonpartisan organization primarily engaged in the dissemination of information.

5. Protect Democracy's core mission is to protect our democracy from declining into a more autocratic form of government. To do this, Protect Democracy's work involves

1

informing public understanding on operations and activities of the government by gathering and disseminating information that is likely to contribute significantly to the public understanding of executive branch operations and activities.

6. Protect Democracy works to inform the press regarding its inquiries into government activity, including on the subject matter of this request.  *See* Charlie Savage, *Watchdog Group Sues Trump Administration, Seeking Legal Rationale Behind Syria Strikes*, N.Y. Times, May 8, 2017, https://nyti.ms/2pX82OV; Justin Florence, *What's the Legal Basis for the Syria Strikes? The Administration Must Acknowledge Limits on its Power to Start a War*, Lawfare, May 8, 2017, https://lawfareblog.com/whats-legal-basis-syria-strikes-administration-must-acknowledge-limits-its-power-start-war.

7. On other subjects related to the operations of the government, for example, upholding civil service rules and norms, Protect Democracy has also disseminated information to the public through the media, as well as online.  *See, e.g.,* Lisa Rein, *Watchdog Group, Citing "Integrity of Civil Service," Sues Trump to Find Out if Feds are Being Bullied,"* Wash. Post, Apr. 27, 2017, https://www.washingtonpost.com/news/powerpost/wp/2017/04/27/watchdog-group-citing-integrity-of-civil-service-sues-trump-to-find-out-if-feds-are-being-bullied/?utm_term=.97e35d755d14; Peter Overby, *Trump Administration is Sued Over Alleged Intimidation of Federal Workers*, NPR, May 1, 2017, http://www.npr.org/2017/05/01/525960279/trump-administration-is-sued-over-alleged-intimidation-of-federalworkers?utm_source=twitter.com&utm_campaign=politics&utm_medium=social&utm_term=nprnews; Ben Berwick, *Going to Court for Civil Servants*, Take Care, Apr.

28, 2017, https://takecareblog.com/blog/going-to-court-for-civil-servants.

8. Additionally, on other issues related to the operations of government, such as information on the White House and Department of Justice contacts policies, Protect Democracy has issued Freedom of Information Act requests, and made publicly available a recent substantive response from the Department of Justice, along with the request. https://unitedtoprotectdemocracy.org/wp-content/uploads/2017/05/DOJContactsFOIA.pdf; see also Isaac Arnsdorf, *Priebus Talk with FBI Appears to Break White House Rules*, Politico, Mar. 17, 2017, http://www.politico.com/story/2017/03/reince-priebus-fbi-discussion-white-house-rules-236192 (quoting Protect Democracy's Executive Director).  Lastly, Protect Democracy has authored a blog post on the application of these policies to the issues surrounding the firing of the FBI director.  *See* Justin Florence, *On the Importance of Limiting White House-DOJ Contacts: It's Not Just About Obstruction*, Lawfare, May 22, 2017, https://www.lawfareblog.com/importance-limiting-white-house-doj-contacts-its-not-just-about-obstruction

9. Protect Democracy's work has been widely cited by multiple national media outlets, including *The Washington Post*, *The New York Times*, National Public Radio, CNN, *Huffington Post*, *Politico*, and *Slate*, among others.

10. Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2017

_____
Ian Bassin