**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PROTECT DEMOCRACY PROJECT, INC.**,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**U.S. DEPARTMENT OF DEFENSE, et al.**,<br><br>　　　　　　Defendants. | Case No. 17-cv-00842 (CRC) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [3] Plaintiff's Motion for a Preliminary Injunction is GRANTED IN PART AND DENIED IN PART.  Defendants, including the Department of State and the Department of Defense, are hereby ORDERED to process Plaintiff's FOIA requests on an expedited basis.  It is further

**ORDERED** that Defendants are to file, by **July 28, 2017**, a status report on their ongoing search and processing efforts.  That status report at a minimum should include the estimated number of documents responsive to Plaintiff's requests, and a proposed processing and production timeline.  Plaintiff may file a response to Defendants' timeline, including its own proposal for processing and production, no later than **August 2, 2017**.

　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　*Christopher R. Cooper*
　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:　July 13, 2017