## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | No. 17-cv-0842-CRC |

### NOTICE OF RECENT DEVELOPMENTS

Plaintiff submits this notice to apprise the Court of a recent development relevant to its consideration of the pending cross-motions for summary judgment.  Earlier today, President Trump announced that he will "be making some major decisions over the next 24 to 48 hours" about directing further military action against the Syrian regime in response to its chemical weapons use.[1]  As the Court is aware, this case concerns Plaintiff's Freedom of Information Act (FOIA) request for documents containing the government's legal justification for the April 6, 2017 strikes against the Syrian regime.  The government has acknowledged that such records exist and that the legal justification is not classified or protected from disclosure by national security statutes.  The government seeks to withhold the records under the deliberative process privilege.

The government's potential repeat military action against the Syrian regime reinforces that the withheld documents fall within the "working law" exception to the deliberative process privilege.  The legal justification for the potentially imminent military action the President is

---

[1] Remarks by President Trump at Cabinet Meeting, Apr. 9, 2018, https://www.whitehouse.gov/briefings-statements/remarks-president-trump-cabinet-meeting-7/.

1

considering against the Syrian regime appears to be the same as that set forth in the 2017 records the government seeks to withhold in this matter. In 2017, as now, the military action is an apparent response to Syrian chemical weapons use. The government has acknowledged that the 2017 "legal advice was provided 'to the Attorney General for use in his deliberations over how to advise the President on *future* military actions.'" Second Decl. of Paul P. Colborn, ¶ 3, ECF 29-2 (emphasis added). The Administration's March 2018 Report on the Legal and Policy Frameworks Guiding the United States' Use of Military Force and National Security Operations[2] repeated nearly verbatim the reasons that the President provided Congress the day after the April 2017 strikes,[3] indicating the government has not modified its April 2017 rationale. There is no new congressional authorization or international resolution for the use of force against the Syrian regime. In sum, this recent development indicates that the withheld documents are serving as the working law that embodies the agencies' law and policy governing legal authority for the use of military force. *See* Pl. Mem. of Law in Supp. of Pl. Cross-Mot. for Summ. J. at 23-25, ECF 26-2; Pl. Reply Mem. at 8-10, ECF 30; *see Elec. Frontier Found. v. DOJ*, 739 F.3d 1 (D.C. Cir. 2014).

On July 13, 2017, this Court observed that "if production is unduly delayed" in this matter, "both Protect Democracy and the public at large will be 'precluded . . . from obtaining in a timely

---

[2] Report on the Legal and Policy Frameworks Guiding the United States' Use of Military Force and National Security Operations, at 4, Mar. 14, 2018, https://assets.documentcloud.org/documents/4411804/3-18-War-Powers-Transparency-Report.pdf.

[3] President Donald J. Trump, A Letter from the President to the Speaker of the House of Representatives and the President Pro Tempore of the Senate, Apr. 8, 2017, https://www.whitehouse.gov/briefings-statements/letter-president-speaker-house-representatives-president-pro-tempore-senate/.

fashion information vital to the current and ongoing debate surrounding the legality of' a high-profile government action, *EPIC I*, 416 F. Supp. 2d at 41—namely, military strikes against the Syrian government. Being closed off from such a debate is itself a harm in an open democracy." *Protect Democracy Project, Inc. v. U.S. Dep't of Def.*, 263 F. Supp. 3d 293, 299-300 (D.D.C. 2017). The Court noted as "another potential harm:" "[t]he possibility for the strikes to recur without legal justification." *Id.* at 300. The President's statement today indicates that point is fast arriving, and that the documents at dispute in this matter are serving as "working law" that sets forth the agencies' ongoing policy.

Accordingly, Plaintiff respectfully requests that this Court take account of this recent development in its consideration of the pending motions.

Date: April 9, 2018

*/s/ Allison F. Murphy*
ALLISON F. MURPHY (Bar No. 975494)
Allison.Murphy@protectdemocracy.org
JUSTIN FLORENCE (DC Bar No. 988953)
Justin.Florence@protectdemocracy.org
CAMERON O. KISTLER (DC Bar No. 1008922)
Cameron.Kistler@protectdemocracy.org
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163
Washington, DC 20006

BENJAMIN L. BERWICK (D.D.C. Bar No. MA0004)
Ben.Berwick@protectdemocracy.org
The Protect Democracy Project
10 Ware St.
Cambridge, MA 02138
Phone: 202-599-0466
Fax: 929-777-8428

*Counsel for Plaintiff*