# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants*. | No. 17-cv-0842-CRC |

## DEFENDANTS' NOTICE OF DELIVERY FOR *IN CAMERA* INSPECTION

Defendants, the U.S. Department of Justice, Department of Defense, and Department of State, hereby provide notice that they have delivered for *in camera* inspection "the documents numbered 5–15 in the Vaughn index (ECF No. 24-7)." *See* Order of Apr. 25, 2018, ECF No. 33.

Dated: May 4, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSE K. LIU
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6130
Washington, D.C. 20530
Tel:    (202) 616-8298
Email: Kathryn.C.Davis@usdoj.gov

*Attorneys for Defendants*