# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT DEMOCRACY PROJECT, INC. )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE, et al., )<br>)<br>*Defendants.* )<br>) | No. 17-cv-842 (CRC) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel, David H. Remes, hereby withdraws his appearance as counsel for Plaintiff in the above-captioned case. Please remove me from the list of counsel on the service list.

Respectfully submitted,

/s/
_____
DAVID H. REMES
D.C. Bar. No. 370372
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508
remesdh@gmail.com