**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC. )<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>U.S. DEPARTMENT OF JUSTICE, and<br>U.S. DEPARTMENT OF STATE,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:17-cv-00842-CRC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Cameron O. Kistler as co-counsel for Plaintiff in the above captioned matter.

July 26, 2018							Respectfully submitted,


								*/s/ Cameron O. Kistler*
								Cameron O. Kistler (D.C. Bar No. 1008922)
								Counsel, The Project Democracy Project
								2020 Pennsylvania Ave, NW, #163
								Washington, D.C. 20006
								Cameron.Kistler@protectdemocracy.org
								(202) 599-0466

								ATTORNEY FOR PLAINTIFF