## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

THE PROTECT DEMOCRACY PROJECT,
INC.

   *Plaintiff*,

    v.

U.S. DEPARTMENT OF DEFENSE,
U.S. DEPARTMENT OF JUSTICE, and
U.S. DEPARTMENT OF STATE,

   *Defendants*.

)
)
)
)
)
)
)
)  Civil Action No. 1:17-cv-00842-CRC
)
)
)
)
)
)
)
)

## NOTICE OF WITHDRAWAL OF APPEARANCE

  Please take notice that undersigned counsel, Allison F. Murphy, hereby withdraws her

appearance as counsel for Plaintiff The Protect Democracy Project, Inc. in the above-captioned

case.  Please remove me from the list of counsel on the service list.


       Respectfully submitted,


Date:  August 1, 2018     */s/ Allison F. Murphy*
           ALLISON F. MURPHY (D.C. Bar. No. 975494)
           Allison.Murphy@protectdemocracy.org
           The Protect Democracy Project, Inc.
           2020 Pennsylvania Ave. NW, #163
           Washington, DC 20006
           Phone: 202-599-0466
           Fax: 929-777-8428

           *Counsel for Plaintiff*