# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC. <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, <br> U.S. DEPARTMENT OF JUSTICE, and <br> U.S. DEPARTMENT OF STATE, <br><br> *Defendants*. | Civil Action No. 1:17-cv-00842-CRC |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Anne Tindall as co-counsel for Plaintiff in the above captioned matter.

August 1, 2018

Respectfully submitted,

/s/ Anne Tindall
Anne Tindall (D.C. Bar No. 494607)
Counsel, The Project Democracy Project
2020 Pennsylvania Ave, NW, #163
Washington, D.C. 20006
Anne.Tindall@protectdemocracy.org
(202) 599-0466

ATTORNEY FOR PLAINTIFF