# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE PROTECT DEMOCRACY PROJECT, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF DEFENSE**, *et al.*, <br><br> Defendants. | Case No. 17-cv-00842 (CRC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 24) is GRANTED IN PART and DENIED IN PART.  It is further

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment (ECF No. 26) is GRANTED IN PART and DENIED IN PART.

**SO ORDERED**.  This is a final, appealable order.

CHRISTOPHER R. COOPER
United States District Judge

Date: August 21, 2018